IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MADISON HILL,

Defendant.

8:23CR155

ORDER

This matter is before the Court on defendant Madison Hill's ("Hill") *pro se* motions to seal (Filing Nos. 77, 78) and "motion to withdraw motion to suppress filing no. 26, 27" (Filing No. 79).  Hill asks the Court to seal "all motions" relating to the motion to suppress (Filing No. 26) as well as the Court's March 25, 2024 order (Filing No. 45).  Hill says he is under constant threat in prison because of the contents of the motions to suppress which he alleges falsely reflect willingness to cooperate with law enforcement.

After carefully reviewing the motion to suppress (Filing No. 26), brief in support (Filing No. 27), and the magistrate judge's Findings and Recommendation Filing No. 41), the Court concludes Hill has not made a sufficient showing to justify sealing all documents relating to the motion to suppress.  "There is a common law presumption of public access to judicial records." *United States v. Gray*, 59 F.4th 329, (8th Cir. 2023); *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978) ("[C]ourts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents.").  Hill does not rebut that presumption.  Moreover, the Court does not find anything in the documents to indicate Hill's willingness to cooperate.  If anything, the documents reflect Hill's refusal to cooperate with law enforcement, recounting how he repeatedly told the detectives "I can't help y'all" and "we can't talk."  When the officers offered him a "chance" to tell his story, Hill replied, "Fuck your chance" and knocked the detectives' papers to the ground.

Accordingly, defendant Madison Hill's motions to seal (Filing Nos. 77, 78) and "motion to withdraw motion to suppress filing no. 26, 27" (Filing No. 79) are denied.

IT IS SO ORDERED.

Dated this 23rd day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge